UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. RODRIGUEZ, JR., <br> Plaintiff, <br> v. <br> MARISOL A. CHALAS, <br> Defendant. | Case No. 23-cv-04728-SI <br><br> **JUDGMENT** |

The Court has dismissed this case for lack of subject matter jurisdiction. Judgment is hereby entered against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 12, 2024

_____
SUSAN ILLSTON
United States District Judge